IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARGENTUM MEDICAL, LLC, | ) |
| | ) |
| Plaintiff, | )   CIVIL ACTION NO. 10-10100 |
| | ) |
| v. | ) |
| | ) |
| | ) |
| CHOICE THERAPEUTICS, INC. and | ) |
| GLOBAL MEDICAL PARTNERS, LLC, | ) |
| | ) |
| Defendants. | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Argentum Medical, LLC, for its complaint against Defendants, Choice Therapeutics, Inc. and Global Medical Partners, LLC., alleges:

**THE PARTIES**

1. Plaintiff, Argentum Medical, LLC ("AM"), is a limited liability company organized and existing under the laws of the State of Delaware and has a principal place of business at 240 81st Street, Willowbrook, Illinois 60527.

2. Defendant, Choice Therapeutics, Inc. ("Choice"), is, on information and belief, a corporation organized and existing under the laws of the State of Delaware having a principal place of business at 190 Industrial Road, Wrentham, Massachusetts 02093. On information and belief, Choice is doing business in this District.

3. Defendant, Global Medical Partners, LLC ("Global"), is, on information and belief, a limited liability corporation organized and existing under the laws of the

Commonwealth of Massachusetts and having a place of business at 190 Industrial Road, Wrentham, Massachusetts 02093.

## JURISDICTION

4. This claim arises under the Patent Laws of the United States and is an action for infringement of United States Letters Patent No. 7,230,153 B2. Jurisdiction is vested in this Court pursuant to 28 U.S.C. §§ 1331, 1338(a) and venue lies in this District by virtue of 28 U.S.C. §§ 1391 and 1400(b).

## COUNT I
**(Infringement of U.S. Patent No. 7,230,153 B2)**

5. On June 12, 2007, United States Letters Patent No. 7,230,153 B2 ("the '153 Patent") was duly and legally issued by the United States Patent and Trademark Office for an invention entitled "Multilayer Conductive Appliance Having Wound Healing and Analgesic Properties. " A true and correct copy of the '153 Patent is attached as Exhibit A hereto. AM owns all right, title and interest to the '153 Patent and has the right to bring suit thereon.

6. Choice has, on information and belief, unlawfully and intentionally infringed the '153 Patent in this District and elsewhere by making, using, offering for sale and/or selling the inventions of the '153 Patent including certain wound care and burn care products sold under the trade name TheraBond®. On information and belief, Choice has also induced infringement and/or has contributed to the infringement of the '153 Patent in this District and elsewhere.

7. Global has, on information and belief, unlawfully and intentionally infringed the '153 Patent in this District and elsewhere by making, using, offering for sale and/or selling the inventions of the '153 Patent including certain wound care and burn care products sold under the trade name TheraBond®. On information and belief, Global has also induced infringement and/or has contributed to the infringement of the '153 Patent in this District and elsewhere.

8. The wrongful acts of Choice and Global alleged herein were undertaken without authority and without license from AM. On information and belief, Choice and Global had actual notice of said Letters Patent and their acts of infringement have been willful and wanton, in blatant disregard for the intellectual property rights of AM.

9. The wrongful acts of Choice and Global as alleged herein have occurred, and will continue to occur, in this Judicial District and throughout the United States.

10. AM has suffered damage by reason of the acts of infringement by Choice and Global and will suffer additional and irreparable damage unless Choice and Global are enjoined by this Court from continuing their acts of direct infringement, inducement of infringement and/or contributory infringement.

**PRAYER FOR RELIEF**

WHEREFORE, AM requests that this Court enter a judgment in favor of AM against Choice and Global and award to AM the following relief:

A. Ordering, adjudging and decreeing that Choice and Global each has directly infringed the '153 Patent in violation of 35 U.S.C. § 271(a);

B.      Ordering, adjudging and decreeing that Choice and Global each has induced the infringement of the '153 Patent in violation of 35 U.S.C. § 271(b);

C.      Ordering, adjudging and decreeing that Choice and Global each has engaged in acts amounting to contributory infringement of the '153 Patent in violation of 35 U.S.C. § 271(c);

D.      Ordering, adjudging and decreeing that Choice's and Global's acts of infringement, inducement of infringement and/or contributory infringement of the '153 Patent were committed willfully and knowingly;

E.      Enjoining, both preliminarily and permanently, Choice and Global and each of their parents, principals, officers, directors, agents, representatives, licensees, affiliates, subsidiaries, successors, assigns, servants, employees and all others in privity or acting in concert with them from committing, inducing, or contributing to the infringement of the '153 Patent;

F.      Awarding to AM damages for infringement of the '153 Patent, together with prejudgment interest on the amount awarded, under 35 U.S.C. § 284;

G.      Awarding to AM three times its damages to compensate AM under 35 U.S.C. § 284;

H.      Ordering, adjudging and decreeing that the acts of infringement of Choice and Global as herein alleged warrant a finding that this is an exceptional case and awarding to AM its reasonable attorneys' fees under 35 U.S.C. § 285 or other applicable law;

I. Awarding to AM its costs incurred in the prosecution of this action under 35 U.S.C. § 284 or other applicable law; and

J. Awarding to AM such other and further relief as the Court may deem just and proper.

## JURY DEMAND

AM demands trial by jury of all issues in this action so triable.

Respectfully submitted,

ARGENTUM MEDICAL, LLC,

By its attorneys,

Date: January 22, 2010

/s/ Edward F. Perlman
Edward F. Perlman, BBO # 394900
eperlman@wolfgreenfield.com
Michael A. Albert, BBO # 558566
malbert@wolfgreenfield.com
Hunter D. Keeton, BBO # 660609
hkeeton@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel.  (617) 646-8000
Fax.  (617) 646-8646

*Of Counsel:*
Keith V. Rockey
krockey@rdlklaw.com
Kathleen A. Lyons
klyons@rdlklaw.com
Joseph A. Fuchs
jfuchs@rdlklaw.com
Avani C. Macaluso
amacaluso@rdlklaw.com
ROCKEY, DEPKE & LYONS, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, Illinois 60606
Tel.  (312) 277-2006
Fax.  (312) 441-0570