IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARGENTUM MEDICAL, LLC, ) | |
| ) | |
| Plaintiff, ) | Nos. 10-CV-10100-DPW and |
| ) | 10-CV-10102-DPW |
| ) | |
| v. ) | Hon. Douglas P. Woodlock |
| ) | |
| CHOICE THERAPEUTICS, INC. and ) | |
| GLOBAL MEDICAL PARTNERS, LLC, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's oral ruling during the April 29, 2010 Initial Scheduling Conference, plaintiff Argentum Medical, LLC ("Argentum") and defendants Choice Therapeutics, Inc. ("Choice") and Global Medical Partners, LLC hereby jointly report on the status of the pending *ex parte* reexamination of the patent-in-suit, United States Patent No. 7,230,153 ("the '153 Patent"), by the United States Patent and Trademark Office ("PTO") (Reexamination Control No. 90/010,866).  As noted during the Initial Scheduling Conference, the PTO granted Choice's request for ex parte reexamination on April 1, 2010.

On June 24, 2010, the PTO issued a non-final office action rejecting each claim in the '153 Patent as invalid.  On August 24, 2010, Argentum submitted to

the PTO a response to that office action.  In those papers, Argentum amended each of the asserted claims and argued that the claims as amended were patentable.  Argentum is now awaiting a response by the PTO.

Argentum further reports that, in the second, earlier filed patent infringement action involving the '153 Patent pending in the United States District Court for the Middle District Pennsylvania (*Argentum Medical, LLC. v. Noble Biomaterials and Derma Sciences*, 3:08-CV-01305), the Court issued an order on the parties' pending summary judgment motions on July 1, 2010.  The Pennsylvania Court dismissed the patent-related claims in the case, based on its conclusion that Argentum lacks standing because it had not properly been assigned rights in the '153 Patent, and that a 2005 *nunc pro tunc* assignment between prior owners of rights in the '153 Patent was invalid and did not cure the standing problem.  On July 15, 2010, Argentum submitted a motion asking the Pennsylvania Court to reconsider and vacate the portion of its July 1, 2010 order on the standing issue.  The motion for reconsideration has been fully briefed, and the parties are waiting for the Pennsylvania Court to schedule oral argument or otherwise take action on that motion.

-3-

Respectfully submitted,

| ARGENTUM MEDICAL, LLC, | CHOICE THERAPEUTICS, INC., and GLOBAL MEDICAL PARTNERS, LLC, |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/Edward F. Perlman | /s/Nathan C. Henderson (by permission) |
| Edward F. Perlman, BBO # 394900 | Donald R. Ware, BBO # 516260 |
| eperlman@wolfgreenfield.com | Michael V. Dowd, BBO # 630267 |
| Michael A. Albert, BBO # 558566 | Nathan C. Henderson, BBO # 657763 |
| malbert@wolfgreenfield.com | FOLEY HOAG LLP |
| Hunter D. Keeton, BBO # 660609 | Seaport West |
| hkeeton@wolfgreenfield.com | 155 Seaport Boulevard |
| WOLF, GREENFIELD & SACKS, P.C. | Boston, Massachusetts 02210-2600 |
| 600 Atlantic Avenue | Telephone: (617) 832-1000 |
| Boston, Massachusetts 02210 | Facsimile: (617) 832-7000 |
| Tel.  (617) 646-8000 | Email: dware@foleyhoag.com |
| Fax.  (617) 646-8646 | mdowd@foleyhoag.com |
| | nhenderson@foleyhoag.com |

Date:  September 1, 2010

B3786628.1

## CERTIFICATE OF SERVICE

    I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                               /s/Edward F. Perlman
                                               Edward F. Perlman

B3786628.1