IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARGENTUM MEDICAL, LLC, ) | |
| ) | |
| Plaintiff, ) | Nos. 10-CV-10100-DPW and |
| ) | 10-CV-10102-DPW |
| ) | |
| v. ) | Hon. Douglas P. Woodlock |
| ) | |
| CHOICE THERAPEUTICS, INC. and ) | |
| GLOBAL MEDICAL PARTNERS, LLC, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's oral ruling during the April 29, 2010 Initial Scheduling Conference, plaintiff Argentum Medical, LLC ("Argentum") and defendants Choice Therapeutics, Inc. ("Choice") and Global Medical Partners, LLC hereby jointly report on the status of the pending *ex parte* reexamination of the patent-in-suit, United States Patent No. 7,230,153 ("the '153 Patent"), by the United States Patent and Trademark Office ("PTO") (Reexamination Control No. 90/010,866). As noted during the Initial Scheduling Conference, the PTO granted Choice's request for ex parte reexamination on April 1, 2010.

On June 24, 2010, the PTO issued a non-final office action rejecting each claim in the '153 Patent as invalid. On August 24, 2010, Argentum submitted to

the PTO a response to that office action.  In those papers, Argentum amended each independent claim and argued that the claims as amended were patentable.  On October 6, 2010, Argentum participated in a telephone interview with the Examiner and agreed to a further amendment of the claims.  On October 8, 2010, the PTO mailed a Notice of Intent to Issue Ex Parte Reexamination Certificate which incorporated an Examiner's Amendment implementing the further amendments agreed to on October 6, 2010.  In the Notice, the PTO stated that it intends to allow claims 1-20 as amended, which are expected to issue as amended when the reexamination certificate is issued in due course.  The PTO's website lists the status of the reexamination as "Terminated – In Publications for Issuance of a Certificate."

     Argentum further reports that, in the second, earlier filed patent infringement action involving the '153 Patent pending in the United States District Court for the Middle District Pennsylvania (*Argentum Medical, LLC. v. Noble Biomaterials and Derma Sciences*, 3:08-CV-01305), the Pennsylvania Court denied Argentum's motion for reconsideration of that Court's dismissal of the patent-related claims in that case on September 21, 2010.  The case is currently on the Pennsylvania Court's January, 2011 trial calendar for resolution of unrelated counterclaims.

Respectfully submitted,

| | |
|---|---|
| ARGENTUM MEDICAL, LLC, | CHOICE THERAPEUTICS, INC., and GLOBAL MEDICAL PARTNERS, LLC, |
| By its attorneys, | By their attorneys, |
| /s/ Edward F. Perlman<br>Edward F. Perlman, BBO # 394900<br>eperlman@wolfgreenfield.com<br>Michael A. Albert, BBO # 558566<br>malbert@wolfgreenfield.com<br>Hunter D. Keeton, BBO # 660609<br>hkeeton@wolfgreenfield.com<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>Tel.  (617) 646-8000<br>Fax.  (617) 646-8646 | /s/ Nathan C. Henderson(by permission)<br>Donald R. Ware, BBO # 516260<br>Michael V. Dowd, BBO # 630267<br>Nathan C. Henderson, BBO # 657763<br>FOLEY HOAG LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210-2600<br>Telephone: (617) 832-1000<br>Facsimile: (617) 832-7000<br>Email: dware@foleyhoag.com<br>            mdowd@foleyhoag.com<br>            nhenderson@foleyhoag.com |

Date:  November 1, 2010

## CERTIFICATE OF SERVICE

     I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                        /s/ Edward F. Perlman
                                        Edward F. Perlman