IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARGENTUM MEDICAL, LLC, | ) |
| | ) |
|         Plaintiff, | ) Nos. 10-CV-10100-DPW and |
| | ) 10-CV-10102-DPW |
| | ) |
|         v. | ) Hon. Douglas P. Woodlock |
| | ) |
| CHOICE THERAPEUTICS, INC. and | ) |
| GLOBAL MEDICAL PARTNERS, LLC, | ) |
| | ) |
|         Defendants. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's oral ruling during the April 29, 2010 Initial Scheduling Conference, plaintiff Argentum Medical, LLC ("Argentum") and defendants Choice Therapeutics, Inc. ("Choice") and Global Medical Partners, LLC hereby jointly report on the status of the pending *ex parte* reexamination of the patent-in-suit, United States Patent No. 7,230,153 B2 (the "'153 Patent"), by the United States Patent and Trademark Office ("PTO") (Reexamination Control No. 90/010,866).  As noted during the Initial Scheduling Conference, the PTO granted Choice's request for ex parte reexamination on April 1, 2010.

On June 24, 2010, the PTO issued a non-final office action rejecting each claim in the '153 Patent as invalid.  On August 24, 2010, Argentum submitted to the PTO a response to that office action.  In those papers, Argentum amended each

independent claim and argued that the claims as amended were patentable.  On October 6, 2010, Argentum participated in a telephone interview with the Examiner and agreed to a further amendment of the claims.  On October 8, 2010, the PTO mailed a Notice of Intent to Issue Ex Parte Reexamination Certificate which incorporated an Examiner's Amendment implementing the further amendments agreed to on October 6, 2010.  In the Notice, the PTO stated that it intended to allow claims 1-20 as amended.  Argentum reports that, late this afternoon, it received a faxed copy of the reexamination certificate, dated January 4, 2011.

Argentum further reports that, in the second, earlier filed patent infringement action involving the '153 Patent pending in the United States District Court for the Middle District Pennsylvania (*Argentum Medical, LLC. v. Noble Biomaterials and Derma Sciences*, 3:08-CV-01305), the Pennsylvania Court denied Argentum's motion for reconsideration of that Court's dismissal of the patent-related claims in that case on September 21, 2010.  The case is set for trial of unrelated counterclaims, beginning on January 31, 2011.

Respectfully submitted,

ARGENTUM MEDICAL, LLC,

CHOICE THERAPEUTICS, INC., and
GLOBAL MEDICAL PARTNERS,
LLC,

By its attorneys,

By their attorneys,

/s/ *Hunter D. Keeton (by permission)*
Edward F. Perlman, BBO # 394900
eperlman@wolfgreenfield.com
Michael A. Albert, BBO # 558566
malbert@wolfgreenfield.com
Hunter D. Keeton, BBO # 660609
hkeeton@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel.  (617) 646-8000
Fax.  (617) 646-8646

/s/ *Nathan C. Henderson*
Donald R. Ware, BBO # 516260
Michael V. Dowd, BBO # 630267
Nathan C. Henderson, BBO # 657763
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
Email: dware@foleyhoag.com
          mdowd@foleyhoag.com
          nhenderson@foleyhoag.com

Date:  January 3, 2011

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ *Nathan C. Henderson*
Nathan C. Henderson