IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARGENTUM MEDICAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Nos. 10-CV-10100-DPW and |
| | ) | 10-CV-10102-DPW |
| | ) | |
| v. | ) | Hon. Douglas P. Woodlock |
| | ) | |
| CHOICE THERAPEUTICS, INC. and | ) | |
| GLOBAL MEDICAL PARTNERS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RULE 41(a)(2) MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiff Argentum Medical, LLC ("Argentum") hereby moves to dismiss this case without prejudice under Federal Rule of Civil Procedure 41(a)(2). Argentum is also filing a memorandum and exhibit in support of this motion today.

Respectfully submitted,

ARGENTUM MEDICAL, LLC,

By its attorneys,

Date: April 15, 2011

/s/ Hunter D. Keeton
Edward F. Perlman, BBO # 394900
eperlman@wolfgreenfield.com
Michael A. Albert, BBO # 558566
malbert@wolfgreenfield.com
Hunter D. Keeton, BBO # 660609
hkeeton@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel. (617) 646-8000
Fax. (617) 646-8646

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1(a)(2), the undersigned certifies that counsel for Argentum conferred with counsel for Defendants to attempt in good faith to resolve or narrow the issues presented in this motion. Counsel for Defendants agreed that the case should be dismissed, but refused to consent to dismissal without prejudice.

/s/ Hunter D. Keeton
Hunter D. Keeton

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Hunter D. Keeton
Hunter D. Keeton